## **Exhibit B**

MWPC Contract



# MINDY WEISS PARTY CONSULTANTS
## SPECIAL EVENT CONSULTATION AGREEMENT

This Special Event Consultant Agreement ("Agreement") is entered into by and between Joan and Bernard Carl ("Client") and Mindy Weiss Party Consultants ("MWPC") Subject to the following terms and conditions.

1. **Services.** Client desires to hold a special event and MWPC agrees to provide professional event planning consulting services for this event.

2. **Terms.** MWPC agrees to provide Client with consulting services for a base price of fifty thousand dollars ($50,000). The above base fee includes three (3) experienced and qualified representatives from MWPC at the event from commencement to completion of the event. The representative will be Mindy Weiss, unless otherwise agreed to with Client. If necessary, additional Mindy Weiss staff beyond the above mentioned three (3) shall be billed at seven hundred fifty dollars ($750) per day per person for unlimited hours. MWPC will provide design concepts for the event and develop and implement a schedule for the event. All costs and expenses incurred by MWPC for planning events outside the Los Angeles or New York City limits as defined by MWPC, including but not limited to, long distance telephone bills, travel, daily per diem, lodging and transportation, will be paid for by Client. Any airfare provided by client shall be two (2) business class tickets for Mindy Weiss and Melissa Torre, remaining staff tickets to be premium economy. Any lodging provided by Client shall include a room solely for Mindy Weiss at accommodations of her choice, not to exceed a daily rate of five hundred dollars ($500) per night unless agreed upon with Client. Lodging for MWPC staff shall not exceed a daily rate of four hundred dollars ($400) per night unless agreed upon with Client. Rooms for MWPC staff are to be shared by no more than two (2) persons at any given time and preferably located at the event venue if possible.

3. **Fees and Deposit.** A non-refundable deposit equal to fifty percent (50%) of the base consulting fee is to be paid upon execution of this Agreement. The full balance of the unpaid base consulting shall be received by MWPC no later than twenty-one (21) days prior to the date of the event. If the event is held outside the Los Angeles or New York limits, the full balance shall be received by MWPC within thirty (30) days prior to the event or prior to MWPC's departure for the event, whichever is sooner. At the time the balance is paid in full to MWPC, Client shall also pay for the estimated costs of travel and lodging, if the same are required by MWPC. The actual costs and expenses incurred for events held outside the Los Angele/New York City limits will be determined upon completion of the event. For all weddings, fees exclude consulting services for bridal showers and engagement parties unless specifically included in base fee by MWPC and Client. One scouting trip, consulting services for welcome party, rehearsal dinner and brunch are included in the coordination fee.

4. **Indemnity.** Client agrees to indemnify, defend and hold harmless MWPC and Mindy Weiss including their officers, directors, employees, agents and heirs and assigns, from any and all liability, costs, damages and attorneys' fees resulting from or relating to any claims in any way connected with this event, except to the extent of any negligence or misconduct by MWPC, its employees or agent. This indemnity, defense and hold harmless provision extends to any damages caused by the Client or the Client's guests or attendees in connection with the event.

5. **Vendors.** MWPC agrees to recommend vendors for such needs as rentals, catering, floral design, photography and entertainment; assist in vendor selection; assist in negotiations with vendors if desired by Client; and supervise vendor performance at events. However, the final selection in hiring any vendor is at the sole discretion and responsibility of the Client. MWPC assumes no responsibility in any way for any negligence, non-performance or other misconduct by hired vendors. Each vendor contract with Client will be subject to review and approval by Client.

6. **Loss by Guests.** MWPC assumes no responsibility for damages or losses incurred by the Client or Client's guests or attendees at the event. MWPC also assumes no responsibility for any food, beverages, floral arrangements, décor or items, either personal or professional, or any other items whatsoever brought by anyone to the event prior to, during, or after the event. Client agrees to be solely responsible for all guests and attendees at the event and the acts of the guests and attendees. Client agrees to pay for any and all damages arising out of the event, except to the extent of any negligence or misconduct by MWPC, its employees or agents.

7. **Intervention or Termination of Event.** If MWPC is unable to provide services under this Agreement for reasons outside of its control; including but not limited to termination of the event by the Client, for any reason including bad weather conditions; acts of God; or government intervention, Client will not be entitled to any refund of the consulting fees due under this Agreement.

8. **Limitations on Damages.** In any action or legal proceeding of any kind brought by Client against MWPC for any alleged negligence or any other form of misconduct on the part of MWPC, its employees, or agents in connection with a claim for any failure to provide consulting services or for providing consulting services in a matter unsatisfactory to Client under this Agreement, in no case shall MWPC's liability exceed the amount paid by Client under this Agreement.

Client acknowledges by execution below that Client has read and fully understands and agrees with the terms of this Agreement.

| | |
|---|---|
| Name of Event: | Wedding |
| Location: | Private Residence (Southampton, New York) |
| Date of Event: | June 20, 2015 |
| Client: | Joan and Bernard Carl |
| Address: | Joan - 216 Coopers Neck Lane, Southampton, NY 11968 |
| | Alexandra Carl, 46a Chester Square, London SW1W 9EA UK |
| Telephone: | Joan Home: (631) 287-6169 |
| | Alexandra Cell: +44 (0) 7770 2222 17 |
| | Alexandra US Cell: (202) 716-3700 (ONLY WHEN IN US) |
| Email: | Alexandra: alextcarl@gmail.com  Joan: jtcarldc@gmail.com |
| Today's Date: | May 29, 2014 |
| Total Contract Price | $50,000.00 |
| Security Deposit (50%) | $25,000.00  Due now |
| | $25,000.00  Balance due 21 days prior to date of event |

WITH THE SIGNATURES OF THE PARTIES HERETO THIS DOCUMENT BECOMES A BINDING LEGAL INSTRUMENT

Client _____   Date 6/6/14

Mindy Weiss Party Consultants _____
232 South Beverly Drive, Suite 200 Beverly Hills, California 90212