# Exhibit C

Balance Due Spreadsheet

# Mindy Weiss Party Consultants

**FINAL BALANCE DUE FROM CLIENT - PAYABLE TO MWPC**

Client: Joan and Bernie Carl
Event: Wedding, Rehearsal dinner and Brunch
Location: Private Residence, Southampton, New York

Date of Event: June 19-21, 2015
Party Coordinator: MW/MT

Date: 01-05-17 cce

Number of Guests
Adults: 275
Kids: 0
Total Guests: 275

| # | Item | Quant. | Cost per Unit | Cost Before Tax | Tax (y/n) | Tax | Total |
|---|------|--------|---------------|-----------------|-----------|-----|-------|
| | **MWPC PROFESSIONAL FEES** | | | | | | |
| 15 | Coordination Fee | 1 | $ 50,000.00 | $ 50,000.00 | n | $ - | $ 50,000.00 |
| 16 | Mindy + 2 additional MWPC employees included in base fee | | | | | | |
| 17 | NO additional coordination charge for (3) additional Scouting meetings in Feb, March, May | | | | | | |
| 18 | Additional MWPC staff for load in, event and strike of property | | | | | | |
| 19 | MWPC Staff on site June 10 - June 23, 2015 | 1 | $ 45,750.00 | $ 45,750.00 | n | $ - | $ 45,750.00 |
| 20 | Per Contract, each additional MWPC employee $750 per day | | | | | | |
| | **MWPC TRAVEL AND ACCOMMODATIONS** | | | | | | |
| 23 | Scouting Trips - Airfare | 1 | $ 10,994.48 | $ 10,994.48 | n | $ - | $ 10,994.48 |
| 24 | Scouting Trips - Hotel, Transportation and Expenses | 1 | $ 3,932.33 | $ 3,932.33 | n | $ - | $ 3,932.33 |
| 25 | MWPC Perdiem | 1 | $ 7,500.00 | $ 7,500.00 | n | $ - | $ 7,500.00 |
| 26 | Altour - MWPC Flights | 1 | $ 7,147.55 | $ 7,147.55 | n | $ - | $ 7,147.55 |
| 27 | Virgin America - Baggage Fees | 1 | $ 1,034.50 | $ 1,034.50 | n | $ - | $ 1,034.50 |
| 28 | Hertz Rental Cars | 1 | $ 4,423.37 | $ 4,423.37 | n | $ - | $ 4,423.37 |
| 29 | Car Service Fee to and from LAX | 1 | $ 569.00 | $ 569.00 | n | $ - | $ 569.00 |
| 30 | Car Service fee for Mindy to and from airport - JFK | 1 | $ 964.34 | $ 964.34 | n | $ - | $ 964.34 |
| 31 | Southampton Inn - MWPC rooms | 1 | $ 13,471.86 | $ 13,471.86 | n | $ - | $ 13,471.86 |
| | **VENDOR TRAVEL / ACCOMMODATIONS / MEALS** | | | | | | |
| 34 | Southampton Inn - Photography room | 1 | $ 1,869.70 | $ 1,869.70 | n | $ - | $ 1,869.70 |
| 35 | Altour - Revelry flights | 1 | $ 10,123.08 | $ 10,123.08 | n | $ - | $ 10,123.08 |
| 36 | Hotel rooms for Revelry Crew | 1 | $ 6,747.32 | $ 6,747.32 | n | $ - | $ 6,747.32 |
| 37 | Hotel rooms for Lighting crew | 1 | $ 5,562.50 | $ 5,562.50 | n | $ - | $ 5,562.50 |
| 38 | Beverages/Ice for Vendor Load In | 1 | $ 1,099.00 | $ 1,099.00 | n | $ - | $ 1,099.00 |
| 39 | Vendor Meals - Security/Day Laborers/Gardening Staff | 1 | $ 2,795.06 | $ 2,795.06 | n | $ - | $ 2,795.06 |
| | **INVITES AND OTHER PAPER GOODS / FAVORS / MISC. SUPPLIES** | | | | | | |
| 42 | Necklaces For Bridesmaids | 1 | $ 1,573.40 | $ 1,573.40 | | $ 139.72 | $ 1,713.12 |
| 43 | Weekend Cards mailed to guests | 1 | $ 2,200.00 | $ 2,200.00 | | $ 195.36 | $ 2,395.36 |
| 44 | Envelope Lining | 1 | $ 900.00 | $ 900.00 | | $ 79.92 | $ 979.92 |
| 45 | Addressing | 1 | $ 700.00 | $ 700.00 | | $ 62.16 | $ 762.16 |
| 46 | Artwork | 1 | $ 350.00 | $ 350.00 | | $ 31.08 | $ 381.08 |
| 47 | Wedding Program | 285 | $ 15.00 | $ 4,275.00 | | $ 379.62 | $ 4,654.62 |
| 48 | Printed Menus | 285 | $ 12.00 | $ 3,420.00 | | $ 303.70 | $ 3,723.70 |
| 49 | Escort Cards | 200 | $ 12.00 | $ 2,400.00 | | $ 213.12 | $ 2,613.12 |
| 50 | Calligraphy on Escort Cards | 186 | $ 2.00 | $ 372.00 | | $ 33.03 | $ 405.03 |
| 51 | Placecards | 267 | $ 2.00 | $ 534.00 | | $ 47.42 | $ 581.42 |
| 52 | Calligraphy on Placecards | 285 | $ 5.50 | $ 1,567.50 | | $ 139.19 | $ 1,706.69 |
| 53 | Table Numbers | 1 | $ 1,032.00 | $ 1,032.00 | | $ 91.64 | $ 1,123.64 |
| 54 | Name tags for welcome bags | 160 | $ 7.50 | $ 1,200.00 | | $ 106.56 | $ 1,306.56 |
| 55 | Welcome letters/itinerary for guests | 160 | $ 20.00 | $ 3,200.00 | | $ 284.16 | $ 3,484.16 |
| 56 | Artwork for printed material | 1 | $ 2,000.00 | $ 2,000.00 | | $ 177.60 | $ 2,177.60 |

# Mindy Weiss Party Consultants

## FINAL BALANCE DUE FROM CLIENT - PAYABLE TO MWPC

Client: Joan and Bernie Carl
Event: Wedding, Rehearsal dinner and Brunch
Location: Private Residence, Southampton, New York

Date of Event: June 19-21, 2015
Party Coordinator: MW/MT

Date: 01-05-17 cce

| Number of Guests | |
|---|---|
| Adults | 275 |
| Kids | 0 |
| Total Guests | 275 |

| # | Item | Quant. | Cost per Unit | Cost Before Tax | Tax (y/n) | Tax | Total |
|---|---|---|---|---|---|---|---|
| 57 | Tag for Apple Bags with twine | 1 | $ 893.75 | $ 893.75 | | $ 79.37 | $ 973.12 |
| 58 | Honeymoon Map for Brunch | 1 | $ 365.00 | $ 365.00 | | $ 32.41 | $ 397.41 |
| 59 | Post its and colored pens for map | 1 | $ 86.00 | $ 86.00 | | $ 7.64 | $ 93.64 |
| 60 | Letterpress of Menu and cover of program | 1 | $ 1,570.00 | $ 1,570.00 | | $ 139.42 | $ 1,709.42 |
| 61 | Rush Fees on All printed Material | 1 | $ 960.38 | $ 960.38 | n | | $ 960.38 |
| 62 | Toss Petal Cones | 75 | $ 10.00 | $ 750.00 | | $ 66.60 | $ 816.60 |
| 63 | Fedex of all printed items week of wedding | 1 | $ 1,545.39 | $ 1,545.39 | n | | $ 1,545.39 |
| 64 | Sparklers for send off with matches and tag | 1 | $ 1,339.32 | $ 1,339.32 | | $ 118.93 | $ 1,458.25 |
| 65 | Apple Bags | 275 | $ 1.86 | $ 511.50 | | $ 45.42 | $ 556.92 |
| 66 | Shipping of bags | 1 | $ 13.48 | $ 13.48 | n | | $ 13.48 |
| 67 | Old Navy Flip Flops for late night | 75 | $ 7.00 | $ 525.00 | | $ 46.62 | $ 571.62 |
| 68 | Shipping of flip flops | 1 | $ 69.70 | $ 69.70 | n | | $ 69.70 |
| 69 | Printed Ribbon with shipping to mwpc | 1 | $ 634.59 | $ 634.59 | | $ 56.35 | $ 690.94 |
| 70 | Security wristbands | 1 | $ 48.60 | $ 48.60 | | $ 4.32 | $ 52.92 |
| 71 | Moroccan Tote | 160 | $ 25.00 | $ 4,000.00 | | $ 355.20 | $ 4,355.20 |
| 72 | Shipping of Tote | 1 | $ 380.00 | $ 380.00 | n | | $ 380.00 |
| 73 | Water - 2 bottles per bag | 1 | $ 413.20 | $ 413.20 | | $ 36.69 | $ 449.89 |
| 74 | Artwork and Shipping of Water | 1 | $ 250.00 | $ 250.00 | | $ 22.20 | $ 272.20 |
| 75 | Shipping of Water | 1 | $ 69.70 | $ 69.70 | n | | $ 69.70 |
| 76 | Tates cookies - 3.5oz | 160 | $ 3.50 | $ 560.00 | | $ 49.73 | $ 609.73 |
| 77 | Shipping on Tates | 1 | $ 75.24 | $ 75.24 | n | | $ 75.24 |
| 78 | Tic Tacs - 1 per bag | 160 | $ 1.00 | $ 160.00 | | $ 14.21 | $ 174.21 |
| 79 | Adult T-shirts | 260 | $ 15.00 | $ 3,900.00 | | $ 346.32 | $ 4,246.32 |
| 80 | Kids T-Shirts | 21 | $ 15.00 | $ 315.00 | | $ 27.97 | $ 342.97 |
| 81 | Artwork on T-shirts | 1 | $ 420.00 | $ 420.00 | | $ 37.30 | $ 457.30 |
| 82 | Shipping on T-shirts | 1 | $ 383.40 | $ 383.40 | n | | $ 383.40 |
| 83 | Hampton Popcorn | 160 | $ 8.50 | $ 1,360.00 | | $ 120.77 | $ 1,480.77 |
| 84 | Rooibos Tea - 4 bags per bag (purchased boxes of 20 bags ea) | 1 | $ 65.00 | $ 65.00 | | $ 5.77 | $ 70.77 |
| 85 | Dog Treats | 160 | $ 8.50 | $ 1,360.00 | | $ 120.77 | $ 1,480.77 |
| 86 | Momofuku Cake Truffles - 3 pack | 1 | $ 811.80 | $ 811.80 | | $ 72.09 | $ 883.89 |
| 87 | Momofuku Shipping | 1 | $ 55.46 | $ 55.46 | n | | $ 55.46 |
| 88 | Emergency Pack with Vitamin C & Tylenol in a pouch | 160 | $ 6.00 | $ 960.00 | | $ 85.25 | $ 1,045.25 |
| 89 | Gingerale | 1 | $ 264.00 | $ 264.00 | | $ 23.44 | $ 287.44 |
| 90 | Shredding for bottom of bag & tissue paper | 1 | $ 265.60 | $ 265.60 | | $ 23.59 | $ 289.19 |
| 91 | fedex welcome bag to guest | 1 | $ 40.48 | $ 40.48 | n | | $ 40.48 |
| 92 | Cutters, Matches, Ashtrays | 1 | $ 141.61 | $ 141.61 | | $ 12.57 | $ 154.18 |
| 93 | Cigars | 1 | $ 800.00 | $ 800.00 | | $ 71.04 | $ 871.04 |
| 94 | Apples for Bags | 1 | $ 430.00 | $ 430.00 | | $ 38.18 | $ 468.18 |
| 95 | Solemates | 50 | $ 9.95 | $ 497.50 | | $ 44.18 | $ 541.68 |
| 96 | Shipping on Solemates | 1 | $ 47.64 | $ 47.64 | | | $ 47.64 |
| 97 | Ringbearer and flowergirl barbie | 1 | $ 79.94 | $ 79.94 | | $ 7.10 | $ 87.04 |
| 98 | Misc Additions - Placecards for dinners | 1 | $ 65.00 | $ 65.00 | | $ 5.77 | $ 70.77 |
| 99 | Additional Apples for Wheel Barrell | 1 | $ 45.00 | $ 45.00 | | $ 4.00 | $ 49.00 |

# Mindy Weiss Party Consultants

**FINAL BALANCE DUE FROM CLIENT - PAYABLE TO MWPC**

**Client:** Joan and Bernie Carl  
**Event:** Wedding, Rehearsal dinner and Brunch  
**Location:** Private Residence, Southampton, New York  

**Date of Event:** June 19-21, 2015  
**Party Coordinator** MW/MT  

**Date:** 01-05-17 cce

| | | Total Guests | 275 | | | |
|---|---|---|---|---|---|---|

| | | Number of Guests | | | | |
|---|---|---|---|---|---|---|
| 9 | | | | | | |
| 10 | Adults | 275 | | | | |
| 11 | Kids | 0 | | | | |
| 12 | | | | | | |

| # | Item | Quant. | Cost per Unit | Cost Before Tax | Tax (y/n) | Tax | Total |
|---|---|---|---|---|---|---|---|
| 13 | | | | | | | |
| 100 | Umbrellas | 1 | $ 417.55 | $ 417.55 | n | $ 37.08 | $ 454.63 |
| 101 | Misc Supplies | 1 | $ 597.49 | $ 597.49 | n | $ - | $ 597.49 |
| 102 | | | | | | | |
| 103 | | **RENTALS / LABOR / MISC. FEES** | | | | | |
| 104 | Sunbelt Rentals - Genie Lifts for Tent | 1 | $ 4,598.49 | $ 4,598.49 | | $ - | $ 4,598.49 |
| 105 | Labor: | | | | | | |
| 106 | AYS Staffing - Labor to set up rentals - Fri/Sat/Sun | 1 | $ 4,559.56 | $ 4,559.56 | n | $ - | $ 4,559.56 |
| 107 | Labor Ready - labor to drop plywood for restroom trailer,catering | | $ - | $ - | | $ - | $ - |
| 108 | Friday labor | 1 | $ 829.70 | $ 829.70 | n | $ - | $ 829.70 |
| 109 | Wednesday | 1 | $ 717.26 | $ 717.26 | n | $ - | $ 717.26 |
| 110 | Thursday and Sunday - Paid Direct (Cash) | 3 | $ 325.00 | $ 975.00 | n | $ - | $ 975.00 |
| 111 | Saturday 6/20 and Wednesday 6/24 | 1 | $ 1,896.83 | $ 1,896.83 | n | $ - | $ 1,896.83 |
| 112 | Hair trial cancellation | 1 | $ 250.00 | $ 250.00 | n | $ - | $ 250.00 |
| 113 | Hair/Make-up Cancellation - 27 Hampton | 1 | $ 150.00 | $ 300.00 | n | $ - | $ 300.00 |
| 114 | Bear Com Walkie Talkie Rentals | 2 | $ 1,820.51 | $ 1,820.51 | n | $ - | $ 1,820.51 |
| 115 | I do Bridal Services | 1 | $ 1,944.49 | $ 1,944.49 | n | $ - | $ 1,944.49 |
| 116 | Sunny Limo Shuttles | 1 | $ 2,919.80 | $ 2,919.80 | n | $ - | $ 2,919.80 |
| 117 | Commonwealth Shuttles | 1 | $ 2,937.60 | $ 2,937.60 | n | $ - | $ 2,937.60 |
| 118 | Images By Lighting | 1 | $ 38,611.02 | $ 38,611.02 | n | $ - | $ 38,611.02 |
| 119 | Revelry Event Designers | 1 | $ 1,090.00 | $ 1,090.00 | n | $ - | $ 1,090.00 |
| 120 | Rock it Cargo | 1 | $ 29,555.00 | $ 29,555.00 | n | $ - | $ 29,555.00 |
| 121 | Rent Patina - After Party Furniture | 1 | $ 8,750.00 | $ 8,750.00 | | $ 777.00 | $ 9,527.00 |
| 122 | (2) Chairs damaged from Rain | 2 | $ 550.00 | $ 1,100.00 | | $ 97.68 | $ 1,197.68 |
| 123 | Wedding videography - Vidicam | 1 | $ 10,000.00 | $ 10,000.00 | n | $ - | $ 10,000.00 |
| 124 | Dancefloor for Dinner Tent | 1 | $ 3,650.00 | $ 3,650.00 | | $ 324.12 | $ 3,974.12 |
| 125 | Strike of Dancefloor at 2:30am | 1 | $ 660.00 | $ 660.00 | n | $ - | $ 660.00 |
| 126 | The original aisle Runner - Added week of per Jeff | 1 | $ 446.46 | $ 446.46 | n | $ - | $ 446.46 |
| 127 | Events Table | 1 | $ 475.11 | $ 475.11 | n | $ - | $ 475.11 |
| 128 | Sugar Flower - Cake Trial Fee (March) | 1 | $ 250.00 | $ 250.00 | n | $ - | $ 250.00 |
| 129 | Ties for Wait staff/bartenders | 85 | $ 20.00 | $ 1,700.00 | | $ 150.96 | $ 1,850.96 |
| 130 | shipping of ties | 1 | $ 80.00 | $ 80.00 | | $ - | $ 80.00 |
| 131 | | | | | | | |
| 132 | **REHEARSAL DINNER EXPENSES** | | | | | | |
| 133 | Party Rental LTD | 1 | $ 9,682.33 | $ 9,682.33 | n | $ - | $ 9,682.33 |
| 134 | Sunny Limo - Shuttle 1 | 1 | $ 1,738.00 | $ 1,738.00 | n | $ - | $ 1,738.00 |
| 135 | Sunny Limo - Shuttle 2 | 1 | $ 2,172.50 | $ 2,172.50 | n | $ - | $ 2,172.50 |
| 136 | 2 Bonfires on the beach - Built and Removed | 1 | $ 500.00 | $ 500.00 | n | $ - | $ 500.00 |
| 137 | Village of Southampton Permit fees | 1 | $ 900.00 | $ 900.00 | n | $ - | $ 900.00 |
| 138 | Dream Hire - Sound System | 1 | $ 1,192.18 | $ 1,192.18 | n | $ - | $ 1,192.18 |
| 139 | Images By Lighting - Rehearsal dinner | 1 | $ 3,720.00 | $ 3,720.00 | n | $ - | $ 3,720.00 |
| 140 | Revelry Event Designers - Rehearsal Dinner | 1 | $ 6,630.00 | $ 6,630.00 | n | $ - | $ 6,630.00 |
| 141 | Sonnier and Castle | 1 | $ 1,027.89 | $ 1,027.89 | | $ - | $ 1,027.89 |
| 142 | Cleaning Crew - after party | 1 | $ 350.00 | $ 350.00 | | $ - | $ 350.00 |

# Mindy Weiss Party Consultants

## FINAL BALANCE DUE FROM CLIENT - PAYABLE TO MWPC

**Client:** Joan and Bernie Carl
**Event:** Wedding, Rehearsal dinner and Brunch
**Location:** Private Residence, Southampton, New York

**Date of Event:** June 19-21, 2015
**Party Coordinator:** MW/MT

**Date:** 01-05-17 cce

| Number of Guests | |
|---|---|
| Adults | 275 |
| Kids | 0 |
| **Total Guests** | **275** |

| # | Item | Quant. | Cost per Unit | Cost Before Tax | Tax (y/n) | Tax | Total |
|---|---|---|---|---|---|---|---|
| | **Sunday Brunch Expenses - June 21** | | | | | | |
| 145 | Sound for Sunday Brunch - per rider | 1 | $ 3,000.00 | $ 3,000.00 | n | $ - | $ 3,000.00 |
| 146 | Hamptons Company Mobile Service | 1 | $ 1,543.50 | $ 1,543.50 | n | $ - | $ 1,543.50 |
| 147 | Van Leeuwen Ice Cream Truck | 1 | $ 3,200.00 | $ 3,200.00 | n | $ - | $ 3,200.00 |
| 148 | The Crepe Truck | 1 | $ 3,134.66 | $ 3,134.66 | n | $ - | $ 3,134.66 |
| 149 | Booqoo Beignets | 1 | $ 1,682.42 | $ 1,682.42 | n | $ - | $ 1,682.42 |
| 150 | Luke's Lobster | 1 | $ 5,486.48 | $ 5,486.48 | n | $ - | $ 5,486.48 |
| 151 | Shuttles - Sunny Limo | 1 | $ 1,520.75 | $ 1,520.75 | n | $ - | $ 1,520.75 |
| 152 | Shuttles - Sunny Limo | 1 | $ 1,086.25 | $ 1,086.25 | n | $ - | $ 1,086.25 |
| 153 | Beverages | 1 | $ 2,498.00 | $ 2,498.00 | | $ 221.82 | $ 2,719.82 |
| 154 | Wait Staff and Bartenders | 1 | $ 3,745.00 | $ 3,745.00 | | $ 332.56 | $ 4,077.56 |
| 155 | Gratuity for wait staff | 1 | $ 674.10 | $ 674.10 | n | $ - | $ 674.10 |
| 156 | Ye Old Bake Shop - Donuts | 1 | $ 262.50 | $ 262.50 | n | $ - | $ 262.50 |
| 157 | Custom Personalized Cornhole | 2 | $ 450.00 | $ 900.00 | | $ 79.92 | $ 979.92 |
| 158 | Baskets for Napkins, Silverware | 1 | $ 151.44 | $ 151.44 | n | $ - | $ 151.44 |
| 159 | Linens for Brunch | 1 | $ 875.00 | $ 875.00 | | $ 77.70 | $ 952.70 |
| 160 | Delivery and strike of liens | 1 | $ 225.00 | $ 225.00 | n | $ - | $ 225.00 |
| 373 | | | | | | | |
| 374 | **Total** | | | $ 406,347.57 | | $ 6,504.34 | $ 412,851.91 |
| 375 | Deposit(s) | | | | | | $ 72,508.00 |
| 376 | **Balance Due** | | | | | | **$ 340,343.91** |
| 377 | | | | | | | |

# Mindy Weiss Party Consultants

Date: 01-05-17 cce

**FINAL BALANCE DUE FROM CLIENT - PAYABLE TO MWPC**

| | |
|---|---|
| Client: Joan and Bernie Carl | |
| Event: Wedding, Rehearsal dinner and Brunch | Date of Event: June 19-21, 2015 |
| Location: Private Residence, Southampton, New York | Party Coordinator: MW/MT |

**Number of Guests**

| | |
|---|---|
| Adults | 275 |
| Kids | 0 |
| Total Guests | 275 |

**DEPOSITS**

| Item | Details | Date | Quant. | Amount | Cost per Unit | Cost Before Tax | Tax (y/n) | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|
| MWPC Coordination Deposit | | | | $ 25,000.00 | | | | | |
| MWPC - Wire Received | | | | $ 47,508.00 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Total Deposit(s) Received** | | | | **$ 72,508.00** | | | | | |