## **Exhibit D**

Email from Bernard Carl

**Melissa Torre**

| | |
|---|---|
| From: | Jeff Leatham <jeffleatham@jeffleatham.com> |
| ent: | Thursday, June 11, 2015 8:38 PM |
| To: | Melissa Torre; Mindy Weiss |
| Subject: | Fwd: Disputes |

Omg he just sent this to me ----
Wtf !!!!!!

Sent from my iPhone

Begin forwarded message:

**From:** Bernard Carl <bcarldc@gmail.com>
**Date:** June 11, 2015 at 7:01:00 PM PDT
**To:** jeff Leatham <jeffleatham@jeffleatham.com>
**Subject: Disputes**

I am much older than you and am, therefore, much less worried about the "long term" and about anybody's "policies." At this point, I have tried (perhaps unrealistically) to simplify my life.

So, at this point, there are basically three categories of people in my life.

The first and smallest group is people I really care about. That is a group that, at least until two days ago, always included you -- a commitment into which I have invested a lot of emotional energy and at least a million dollars. I would do almost anything for the people in my "extended family" because they are all that is left that is important to me -- other than my pride and my principals.

The second category is people I do business with and I insist on them being treating fairly and on being treated fairly by them -- but I don't feel any loyalty to them. That is most of the world.

The third is people who cause harm or pain to my family and, for them, I am the hound from hell and at least four of those people have ended up in federal prison and at least two more have ended up in bankruptcy because of me. I believe they tried to take advantage of me or my family (a category that I wanted to believe included you) and, obviously, some third-party decision makers agreed. No matter what you do, at least you can be pretty confident you should never be in that "select" category.

You need to decide where you want to be on that list. I cannot make that decision for you.

Bernie

1

I guess the proverbial ball is in your court.

Bernie


On Thu, Jun 11, 2015 at 6:28 PM, Jeff Leatham <jeffleatham@jeffleatham.com> wrote:

Yes I will
You are extremely rude and I am shocked at your attitude and actions honestly I wish I was not involved in this

Sent from my iPhone

> On Jun 11, 2015, at 2:50 PM, Bernard Carl <bcarldc@gmail.com> wrote:
>
> Given out history, I don't think I should be treated like one of your rich mindless celebrity clients. I would suggest you call me directly rather than having your sidekick do so.
>
> Bernie