UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINDY WEISS PARTY CONSULTANTS, INC., <br><br> PLAINTIFF, <br><br> – AGAINST – <br><br> BERNARD J. CARL AND JOAN CARL, <br><br> DEFENDANTS. | CIVIL ACTION NUMBER <br><br> 17-cv-850 (GRB) <br><br> **NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Bernard Carl and Joan Carl, defendants in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from an order entered in this action on the 12th day of April, 2018 determining a motion to amend, correct or supplement a transcript of settlement proceedings.

Dated:  New York, New York
        May 10, 2018

                                         **CAPUDER FAZIO GIACOIA LLP**
                                         *Counsel for Defendants*
                                         *Bernard Carl and Joan Carl*

                         By:  _/s/ Douglas Capuder_
                                         Douglas Capuder, Esq.
                                         90 Broad Street, 18th Floor
                                         New York, New York 10004-2627
                                         ph:  (212) 509-9595
                                         fx:  (212) 509-9597
                                         *dc@cfgny.com*

To:  Menachem M. Bensinger, Esq.
      MCGRAIL & BENSINGER LLP
      *Counsel for Plaintiff*
      888-C 8th Avenue, # 107
      New York, New York 10019
      ph:  (718) 434-2676
      fx:  (718) 228-7717
      *mbensinger@mcgrailbensinger.com*