UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EXHIBIT A

MINDY WEISS PARTY CONSULTANTS, INC.,

PLAINTIFF,

– AGAINST –

BERNARD J. CARL AND JOAN CARL,

DEFENDANTS.

CIVIL ACTION NUMBER

17-cv-850 (GRB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action is voluntarily dismissed with prejudice and without costs against any party.

Dated: New York, New York
March 9, 2018

**CAPUDER FAZIO GIACOIA LLP**
*Attorneys for Defendants*

By:______________________
Douglas Capuder
90 Broad Street, 18th Floor
New York, New York 10004-2627
Tel.: (212) 509-9595
Fax: (212) 509-9597
dc@cfgny.com

**MCGRAIL & BENSINGER LLP**
*Attorneys for Plaintiff*

By:______________________
Menachem M. Bensinger
888-C 8th Avenue, # 107
New York, New York 10019
Tel.: (718) 434-2676
Fax.: (718) 228-7717
mbensinger@mcgrailbensinger.com