MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand and eighteen,

---

Mindy Weiss Party Consultants, Inc.,

Plaintiff - Appellee,

v.

Bernard Carl, Joan Carl,

Defendants - Appellants.

---

**ORDER**
Docket No. 18-1632

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES COURT OF APPEALS SECOND CIRCUIT

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES COURT OF APPEALS SECOND CIRCUIT

Catherine O'Hagan Wolfe

MANDATE ISSUED ON 09/10/2018

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of Sept., two thousand and eighteen,

---

Mindy Weiss Party Consultants, Inc.,
v.
Bernard Carl and Joan Carl.

---

**STIPULATION**
Docket Number: 18-1632

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 9/7/2018

Attorney for Appellant

D. Capuder, Capuder Fazio Giacoia, LLP
Print Name and Firm

Date: 9/7/2018

Attorney for Appellee

Menacham M. Bensinger, McGrail & Bensinger LLP
Print Name and Firm